IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALMA J. SIMS (MILES)                                                                                         PLAINTIFF

vs.                                              Civil No. 4:08-cv-04054

MICHAEL J. ASTRUE                                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 12th day of August 2009, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE